IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER G. HUTCHESON                                              PLAINTIFF

v.                          Civil No. 6:19-cv-06134

HOT SPRING COUNTY JAIL                                                DEFENDANT

# ORDER

Before the Court is the Report and Recommendation (ECF No. 7) filed December 26, 2019, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8.) Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 claiming his constitutional rights were violated by the denial of mental health care while incarcerated in the Hot Spring County Jail. Hot Spring County Jail is the only named defendant in the Complaint (ECF No. 2.) Judge Ford recommends that Plaintiff's complaint be dismissed without prejudice because the Hot Spring County Jail is a building and not a person or legal entity subject to suit under § 1983.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.*

Accordingly, Plaintiff's Complaint should be and hereby is DISMISSED WITHOUT PREJUDICE. The dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g), and

the Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED** this 27th day of February 2020.

/s/*Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE